SANTI AMOROSO, Respondent, *v.* THE FRUIT AUCTION
COMPANY, Appellant.

*Amoroso* v. *Fruit Auction Co.*, 169 App. Div. 934, affirmed.
(Argued December 18, 1917; decided January 8, 1918.)

APPEAL from a judgment of the Appellate Division
of the Supreme Court in the first judicial department,
entered June 30, 1915, affirming a judgment in favor
of plaintiff entered upon a verdict in an action to recover
for an alleged breach of contract of employment. The
answer denied the alleged discharge, affirmatively plead
that plaintiff abandoned his employment prior to his
alleged discharge, and, as a further defense, set up that
from the time of the alleged discharge until the close of
the contract period plaintiff devoted his entire time and
attention to a business of his own and that the profits
derived therefrom during such period exceeded the
amount of the salary stipulated.

*William M. Bennett* and *Dudley F. Sicher* for appellant.
*Daniel P. Hays* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CHASE, COLLIN, CUDDEBACK, CARDOZO, POUND
and ANDREWS, JJ. Dissenting: CRANE, J.